THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Carwin Tyrone
 Pettis, Jr., Appellant.
 
 
 

Appeal From Richland County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-657
 Submitted December 1, 2008  Filed
December 4, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin,  of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Carwin Tyrone Pettis, Jr. appeals his probation
 revocation and sentence of one year and continued probation.  Pettis argues the
 trial court abused its discretion in revoking his suspended sentence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Pettiss
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.